```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :    CRIMINAL ACTION
                              :
          v.                  :
                              :
CORNELIUS STALLWORTH          :    NO. 07-389
```

ORDER

AND NOW, this 28th day of July, 2009, upon consideration of Defendant's Motion to Suppress Physical Evidence (Docket No. 30), the government's response thereto, and after an evidentiary hearing on July 24, 2009, IT IS HEREBY ORDERED that said motion is DENIED.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```