IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NOS. 07-389-1 & 08-391-1 |
| | : |
| CORNELIUS STALLWORTH | : |
| USM# 50737-066 | : |

## ORDER

AND NOW this 28th day of January, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 103 months, effective November 1, 2015.

BY THE COURT:

_____
The Honorable Mary A. McLaughlin
United States District Court Judge

cc: Probation
    U.S. Marshal